In the Matter of the Claim of MARY A. LONG, Appellant, against CITY OF NEW YORK, Respondent. STATE INSURANCE FUND et al., Respondents.

Argued January 15, 1951; decided March 8, 1951.

*Jeannette H. Harris* and *Samuel A. Bloom* for appellant.

*John P. McGrath, Corporation Counsel (Joseph J. Lucchi, Seymour B. Quel* and *Stanley Buchsbaum* of counsel), for City of New York, respondent.

*Bernard Katzen, General Attorney (George J. Hayes* and *Victor Fiddler* of counsel), for State Insurance Fund, respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.